☐ ORIGINAL

1  bryanreyesind

2  LEONARDO M. RAPADAS
   United States Attorney
3  WILLIAM G. PARKER
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP - 5 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00088 |
| Plaintiff, | **INDICTMENT** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** |
| BRYAN PAUL REYES, | [18 U.S.C. § 641] |
| Defendant. | |

THE GRAND JURY CHARGES

Beginning on or about April 2007, the exact date unknown, and continuing up to on or about July 25, 2007, in the District of Guam, the defendant, BRYAN PAUL REYES, willfully and knowingly, did steal and purloin United States currency from the Navy Exchange, Guam, of

//

//

//

the value of approximately $2,600.00, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this ~~day of July, 2007.~~ 5th day of SEP 2007

                                              A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ William G. Parker_
WILLIAM G. PARKER
Special Assistant U.S. Attorney

Reviewed:

By: _/s/ Jeffrey J. Strand_
JEFFREY J. STRAND
First Assistant U.S. Attorney