**Criminal Case Cover Sheet**                                                      U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**07-00088**

Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant __x__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name    ___Bryan Paul Reyes___

Alias Name        _____

Address           _____

                  ___Dededo, Guam___

Birthdate _Xx/xx/1986_ SS# _xxx-xx-0311_ Sex __M__ Race __PI__ Nationality _Chamorro_

**U.S. Attorney Information:**

SAUSA __William G. Parker__

Interpreter: __X__ No ___Yes    List language and/or dialect: _____

**RECEIVED**
SEP - 5 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    _____ Petty _____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18 USC 641_ | _Theft of Government Property_ | _1_ |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: __9-4-07__    Signature of AUSA: __//S//__