# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00088-001            DATE: September 07, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber           Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:36:25 - 9:37:26
CSO: N. Edrosa / J. Lizama

**APPEARANCES:**

Defendant: Bryan Paul Reyes         Attorney: Richard Arens
DEFENDANT NOT PRESENT          Present   Retained   FPD   CJA
   Present   Custody   Bond   P.R.

U.S. Attorney: William Parker         U.S. Agent:
U.S. Probation: Stephen Guilliot        U.S. Marshal: D. Punzalan
Interpreter:                                   Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Court was advised that the Summons was returned unexecuted.
- Mr. Arens' oral motion for reissuance of the summons was granted.
- Proceedings continued to: September 14, 2007 at 1:30 p.m.

NOTES: