# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00088 |
| Plaintiff, | ) | |
| vs. | ) | |
| BRYAN PAUL REYES, | ) | ORDER |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Clerk of Court shall issue a summons for the Defendant to appear before the Court on Friday, September 21, 2007, at 9:30 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Sep 14, 2007**