# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**BRYAN PAUL REYES**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-07-00088<br><br>RECEIVED<br>SEP 1? 2007<br>US MARSHALS SERVICE-GUAM |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | Room<br>302 |
|---|---|
| Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Date and Time<br>**Friday, September 21, 2007 at 9:30 a.m.** |

To answer a(n)
    Indictment   ☐ Information   ☐ Complaint     ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **641**

Brief description of offense:

    Theft of Government

**FILED**
DISTRICT COURT OF GUAM
SEP 21 2007
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

| MARILYN B. ALCON; Deputy Clerk | *Marilyn B. Alcon* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| September 14, 2007 | |
| Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 9/21/2007 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

1. Made several phone calls to residence, no answer
2. Attempted to serve individual at residence, No answer

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  9/21/2007
Date

J. [signature]
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.