PS 42
(Rev. 07/93)

# United States District Court
## District of Guam

| United States of America | ) | |
|---|---|---|
| vs. | ) | |
| Bryan Paul Reyes | ) | Case No: 07-00088-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Bryan Paul Reyes_____, have discussed with _____Christopher J. Duenas_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 9-24-07       _____ 9/24/07
Bryan Paul Reyes       Date           Christopher J. Duenas     Date
Signature of Defendant                 Pretrial Services/Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                            9/24/07
Richard P. Arens                                  Date
Signature of Defense Counsel

☐ The above modification of conditions of release is orderd, to be effective on _____

☐ The above modification of conditions of release is *not* ordered.

_____                            _____
                                                 Date
Judge
U.S. District Court of Guam