**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>                         Plaintiff, ) <br> vs.                             ) <br>                                  ) <br> BRYAN PAUL REYES,       ) <br>                      Defendant. ) | CRIMINAL CASE NO. 07-00088-001 <br><br> **INFORMATIONAL REPORT** |

**Re: Request for Modification of Release Conditions**

      On September 21, 2007, Bryan Paul Reyes came before the Honorable Joaquin V.E. Manibusan, Jr., U.S. Magistrate Judge, for an Initial Appearance and Arraignment on the charge of Theft of Government Property, in violation of 18 U.S.C. § 641. Represented by the Federal Public Defender, he pleaded not guilty to the charge, and the Court set trial for November 14, 2007. The defendant was released on a personal recognizance bond with conditions.

**Special Condition:** *The defendant shall refrain from use or any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner.* Following the hearing, the defendant reported to the U.S. Probation Office for processing. A urine test was administered to check for the use of controlled substances. The drug test was positive for the presence of amphetamine/methamphetamine. When queried about the suspect result, the defendant admitted to smoking the drug "ice" on the previous day, September 20, 2007. He executed a statement form admitting to the drug use. The defendant agreed to a modification of his release to include the following condition:

> "Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer."

      The defendant's attorney was appraised of this finding and he had no objection to the proposed modification of release condition. The Special U.S. Assistant Attorney was also informed of the incident and the request to add substance abuse therapy and counseling as condition of release. The defendant was advised that continued violation of conditions can result in a revocation of his release.

VIOLATION REPORT
Request for Modification of Release Conditions
Re: REYES, Bryan Paul
USDC Cr. Cs. No. 07-00057-001
Page 2

**Recommendation:** Pursuant to Title 18, U.S.C. § 3142(c)(3), the Probation Officer respectfully recommends that the Court modify the defendant's release conditions as outlined above. The defendant's alcohol and drug use will continue to be monitored and violations will be reported to the Court accordingly.

RESPECTFULLY submitted this 24th day of September 2007.

                                    ROSSANNA VILLAGOMEZ-AGUON
                                    Acting Chief U.S. Probation Officer

By:         _____
                CHRISTOPHER J. DUENAS
                U.S. Probation Officer Specialist

cc:    Ryan M. Anderson, SAUSA
      Richard Arens, Assistant Federal Public Defender
      File