PS 42
(Rev. 07/93)

## United States District Court
District of Guam


DISTRICT COURT OF GUAM

OCT 2 4 2007

JEANNE G. QUINATA
Clerk of Court

United States of America )
)
vs. )
)
)
Bryan Paul Reyes ) Case No: 07-00088-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Bryan Paul Reyes_____, have discussed with _____Christopher J. Duenas_____,
Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____Bryan Paul Reyes_____   9-24-07        _____Christopher J. Duenas_____   9/24/07
Signature of Defendant        Date            Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____Richard P. Arens_____                                             9/24/07
Signature of Defense Counsel                                            Date

[X] The above modification of conditions of release is orderd, to be effective on _immediately_

[ ] The above modification of conditions of release is *not* ordered.

_____JOAQUIN V.E. MANIBUSAN, JR. U.S. Magistrate_____                   10/24/07
Judge                                                                    Date
U.S. District Court of Guam