# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00088　　　　　　　　　　DATE: November 14, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　Electronically Recorded: 10:10:20 - 10:27:52
CSO: D. Quinata

**APPEARANCES:**

Defendant: Bryan Paul Reyes　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: William G. Parker　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: February 12, 2008 at 8:30 a.m.
- Draft Presentence Report due to the parties: January 7, 2008
- Response to Presentence Report: January 21, 2008
- Final Presentence Report due to the Court: February 5, 2008
- Defendant released as previously ordered by this Court.

NOTES: