ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00088-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BRYAN PAUL REYES, | ) | |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from February 12, 2008 at 8:30 a.m., to March 12, 2008, at 10:30 a.m. The pre-sentence investigation report shall be provided to the parties no later than February 8, 2008. The parties shall file their responses to the pre-sentence investigation report no later than February 25, 2008. The final pre-sentence investigation report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than March 5, 2008.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Jan 30, 2008