1   Adopt.psr

2   LEONARDO M. RAPADAS
    United States Attorney
3   WILLIAM G. PARKER
    Special Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
    108 Hernan Cortes
5   Hagåtña, Guam 96910
    Telephone:  (671) 472-7332/7283
6   Telecopier:  (671) 472-7334/7215

7   Attorneys for United States of America

8               **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE DISTRICT OF GUAM**

10  UNITED STATES OF AMERICA,          )       CRIMINAL CASE NO. <u>07-00088</u>
                                       )
11                     Plaintiff,      )
                                       )
12                                     )
                                       )       **GOVERNMENT'S STATEMENT**
13            vs.                      )       **ADOPTING FINDINGS OF**
                                       )       **PRESENTENCE REPORT**
14                                     )
    BRYAN PAUL REYES,                  )
15                                     )
                       Defendant.      )
16  _____)

17

18          Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002,

    the United States adopts the findings of the Presentence Report for the above defendant.

19
            RESPECTFULLY SUBMITTED this  <u> 26th </u>  day of February, 2007.
20

21
                                           LEONARDO M. RAPADAS
22                                         United States Attorney
                                           Districts of Guam and the CNMI
23

24                                          /s/ William G. Parker by
                                    By:    <u>/s/ Karon V. Johnson</u>
25                                         WILLIAM G. PARKER
                                           Special Assistant U.S. Attorney
26                                         108 Hernan Cortez Ave., Ste. 500
                                           Hagatna, GU 96910
27                                         (671) 472-7332

28