# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM** _____

**UNITED STATES OF AMERICA**

V.

**BRYAN PAUL REYES**

## NOTICE

CASE NUMBER: **CR-07-00088**

| TYPE OF CASE: | |
|---|---|
| ☐ CIVIL | X CRIMINAL |

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | March 12, 2008 at 10:30 A.M. | April 10, 2008 at 10:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 7, 2008     Virginia T. Kilgore
DATE     /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
       Law Offices of Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service