# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE** |
| V. | |
| **BRYAN PAUL REYES** | CASE NUMBER: **CR-07-00088-001** |

TYPE OF CASE:
☐ CIVIL     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | April 10, 2008 at 10:00 a.m. | April 4, 2008 at 9:00 a.m. |

                                                      JEANNE G. QUINATA, CLERK OF COURT
                                                      U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| March 27, 2008 | /s/ Carmen B. Santos |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     U. S. Attorney's Office
          Federal Public Defender
          U.S. Probation Office
          U.S. Marshals Service