# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00088         DATE: April 04, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                    Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos        Electronically Recorded: 9:16:13 - 9:37:24
                  Virginia T. Kilgore

**APPEARANCES:**
Defendant: Bryan Paul Reyes              Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.         ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: William G. Parker                   U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:                                        Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of three years.
- Fine waived.
- Total restitution ordered in the amount of $2,600.00.
- Special assessment fee of $100.00 shall be paid on or before May 2, 2008.
- Defendant advised of appeal rights.

NOTES: