PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**         [X] **Notice of Disposition**

Date: **September 21, 2007**          Date: **April 04, 2008**
By: **Joaquin V.E. Manibusan, Jr.**    By: **Frances M. Tydingco-Gatewood, Chief Judge**

---

Defendant: **REYES, Bryan Paul**         Case Number: **Criminal Case #07-00088-001**
Date of Birth: **XX-XX-1986**            Place of Birth: **Seattle, Washington - USA**
SSN: **XX-XX-0311**

================================================================

**NOTICE OF COURT ORDER** (Order Date: **September 21, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
   ☐ Not Convicted - PS40/Passport returned to defendant.
   ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)